**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN − 5 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

UNITED STATES OF AMERICA                                PLAINTIFF

v.                              No. 4:25-cr-233-DPM

STAR RANA JACKSON                                       DEFENDANT

## ORDER

Jackson owes $50,000.00 in restitution to CNA Insurance and $1,688,858.99 in restitution to the American Indian Center of Arkansas. The written Judgment will reflect that fact. The Court amends the oral pronouncement. Fed. R. Crim. P. 36.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 June 2026